UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 09-43002-CAD
§
SZYMON A SMOLKA §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $100,800.00 | Assets Exempt: | $800.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,238.93 | Claims Discharged Without Payment: | $28,707.55 |
| Total Expenses of Administration: | $3,761.61 | | |

3) Total gross receipts of $8,000.54 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $8,000.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $106,647.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $3,761.61 | $3,761.61 | $3,761.61 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $549.10 | $549.10 | $549.10 |
| General Unsecured Claims (from **Exhibit 7**) | $32,013.09 | $8,724.38 | $8,724.38 | $3,689.83 |
| **Total Disbursements** | $138,660.09 | $13,035.09 | $13,035.09 | $8,000.54 |

4). This case was originally filed under chapter 7 on 11/13/2009. The case was pending for 27 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/09/2012      By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Leibowitz V. Grzelka 10-02676 Preference claim Helen Grzelka | 1241-000 | $8,000.00 |
| Interest Earned | 1270-000 | $0.54 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.54** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National City Mortgage | 4110-000 | $106,647.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$106,647.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,550.05 | $1,550.05 | $1,550.05 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.68 | $3.68 | $3.68 |
| Green Bank | 2600-000 | NA | $13.74 | $13.74 | $13.74 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,935.00 | $1,935.00 | $1,935.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $9.14 | $9.14 | $9.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$3,761.61** | **$3,761.61** | **$3,761.61** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5a | Illinois Department of Revenue | 5800-000 | NA | $549.10 | $549.10 | $549.10 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $549.10 | $549.10 | $549.10 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-900 | $4,242.00 | $4,426.07 | $4,426.07 | $1,883.59 |
| 2 | Chase Bank USA, N.A. | 7100-900 | $3,325.00 | $3,325.87 | $3,325.87 | $1,415.38 |
| 3 | American Express Centurion Bank | 7100-900 | $566.00 | $566.41 | $566.41 | $241.05 |
| 4 | American Infosource Lp As Agent for | 7100-000 | $207.09 | $352.03 | $352.03 | $149.81 |
| 5 | Illinois Department of Revenue | 7200-000 | NA | $54.00 | $54.00 | $0.00 |
| | Harris N.a. | 7100-000 | $23,673.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $32,013.09 | $8,724.38 | $8,724.38 | $3,689.83 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 09-43002-CAD | **Trustee Name:** | David Leibowitz |
| **Case Name:** | SMOLKA, SZYMON A | **Date Filed (f) or Converted (c):** | 11/13/2009 (f) |
| **For the Period Ending:** | 2/9/2012 | **§341(a) Meeting Date:** | 12/30/2009 |
| | | **Claims Bar Date:** | 04/06/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Condo, Location: 804 W. Old Willow Rd. Apt. No. | $100,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2  Furniture | $500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3  Clothes | $300.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4  Leibowitz V. Grzelka 10-02676 (u) Preference claim Helen Grzelka | $0.00 | $12,000.00 | DA | $8,000.00 | FA |
| **Asset Notes:**  Leibowitz, Trustee v. Grzelka 10-02679 | | | | | |
| INT  Interest Earned (u) | Unknown | Unknown | | $0.54 | FA |

**TOTALS (Excluding unknown value)**                          **Gross Value of Remaining Assets**

$100,800.00     $12,000.00         $8,000.54         $0.00

**Major Activities affecting case closing:**

Motion to Employ lakelaw

preferential complaint against Mother

TFR sent to Tom for review and approval.

**Initial Projected Date Of Final Report (TFR):**  12/31/2011    /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**  12/31/2011    DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 09-43002-CAD | |
| **Case Name:** | SMOLKA, SZYMON A | |
| **Primary Taxpayer ID #:** | ******2660 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/13/2009 | |
| **For Period Ending:** | 2/9/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******0201 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $8,000.54 | | $8,000.54 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.50 | $7,998.04 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $11.24 | $7,986.80 |
| 11/16/2011 | 5001 | Office of the Clerk United States Bankruptcy Court | Claim #: 6; Amount Claimed: 250.00; Amount Allowed: 250.00; Distribution Dividend: 100.00; | 2700-000 | | $250.00 | $7,736.80 |
| 11/16/2011 | 5002 | Lakelaw | Claim #: ; Amount Claimed: 9.14; Amount Allowed: 9.14; Distribution Dividend: 100.00; | 3120-000 | | $9.14 | $7,727.66 |
| 11/16/2011 | 5003 | Lakelaw | Claim #: ; Amount Claimed: 1,935.00; Amount Allowed: 1,935.00; Distribution Dividend: 100.00; | 3110-000 | | $1,935.00 | $5,792.66 |
| 11/16/2011 | 5004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,550.05 | $4,242.61 |
| 11/16/2011 | 5005 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.68 | $4,238.93 |
| 11/16/2011 | 5006 | Illinois Department of Revenue | Claim #: 5; Amount Claimed: 549.10; Amount Allowed: 549.10; Distribution Dividend: 100.00; | 5800-000 | | $549.10 | $3,689.83 |
| 11/16/2011 | 5007 | DISCOVER BANK | Claim #: 1; Amount Claimed: 4,426.07; Amount Allowed: 4,426.07; Distribution Dividend: 42.56; | 7100-900 | | $1,883.59 | $1,806.24 |
| 11/16/2011 | 5008 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 3,325.87; Amount Allowed: 3,325.87; Distribution Dividend: 42.56; | 7100-900 | | $1,415.38 | $390.86 |
| 11/16/2011 | 5009 | American Express Centurion Bank | Claim #: 3; Amount Claimed: 566.41; Amount Allowed: 566.41; Distribution Dividend: 42.56; | 7100-900 | | $241.05 | $149.81 |
| 11/16/2011 | 5010 | American Infosource Lp As Agent for | Claim #: 4; Amount Claimed: 352.03; Amount Allowed: 352.03; Distribution Dividend: 42.56; | 7100-000 | | $149.81 | $0.00 |
| | | | **TOTALS:** | | $8,000.54 | $8,000.54 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $8,000.54 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $8,000.54 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $8,000.54 | |

| For the period of 11/13/2009 to 2/9/2012 | | For the entire history of the account between 06/29/2011 to 2/9/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $8,000.54 | Total Internal/Transfer Receipts: | $8,000.54 |
| | | | |
| Total Compensable Disbursements: | $8,000.54 | Total Compensable Disbursements: | $8,000.54 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,000.54 | Total Comp/Non Comp Disbursements: | $8,000.54 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-43002-CAD | |
| **Case Name:** | SMOLKA, SZYMON A | |
| **Primary Taxpayer ID #:** | ******2660 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/13/2009 | |
| **For Period Ending:** | 2/9/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******3002 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/09/2011 | (4) | Martin B. Michalski PC | Settlement Funds. | 1241-000 | $8,000.00 | | $8,000.00 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.23 | | $8,000.23 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.31 | | $8,000.54 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $8,000.54 | $0.00 |
| | | | **TOTALS:** | | $8,000.54 | $8,000.54 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $8,000.54 | |
| | | | **Subtotal** | | $8,000.54 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $8,000.54 | $0.00 | |

**For the period of 11/13/2009 to 2/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $8,000.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.54 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $8,000.54 |

**For the entire history of the account between 05/09/2011 to 2/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $8,000.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.54 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $8,000.54 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 09-43002-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMOLKA, SZYMON A | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2660 | Money Market Acct #: | ******3002 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/13/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/9/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $8,000.54 | $8,000.54 | $0.00 |

**For the period of 11/13/2009 to 2/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $8,000.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.54 |
| Total Internal/Transfer Receipts: | $8,000.54 |
| | |
| Total Compensable Disbursements: | $8,000.54 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,000.54 |
| Total Internal/Transfer Disbursements: | $8,000.54 |

**For the entire history of the case between 11/13/2009 to 2/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $8,000.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.54 |
| Total Internal/Transfer Receipts: | $8,000.54 |
| | |
| Total Compensable Disbursements: | $8,000.54 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,000.54 |
| Total Internal/Transfer Disbursements: | $8,000.54 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ